No. 66358.—William H. Schab v. United States, protest 60/26002 (New York).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the merchandise consists of artistic antiquities which were produced prior to the year 1830, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 11, 1962

No. 66359.—United Import Sales, Inc. v. United States, protest 60/7652–S (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.